THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESSEL, NICKEL & GROSS, Appellant, *v.* CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.

*Appeal — order of Appellate Division reversing order of Special Term granting writ of mandamus on ground that such writ was not proper remedy not appealable as of right to Court of Appeals.*

*People ex rel. Wessel, Nickel & Gross v. Craig,* 199 App. Div. 845, 851, appeal dismissed.

(Argued June 2, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1922, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to pay to relator a sum alleged to have been overpaid for taxes. The Appellate Division held that mandamus was not the proper remedy.

*James M. Vincent* and *Charles C. Sanders* for appellant.

*John P. O'Brien,* Corporation Counsel (*William H. King* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.